AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Joshua Dorsey**
was received by me on *(date)* **March 12th, 2015**.

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Joshua Dorsey**, who is designated by law to accept service of process on behalf of *(name of organization)* **Glock, Inc.**
   on *(date)* **March 16th, 2015** or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **March 16th, 2015**

*Server's signature*

**Investigator, Matthew J. Chester**
*Printed name and title*

**P.O. Box 2133, Acworth, Georgia  30102**
*Server's address*

Additional information regarding attempted service, etc: