Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __JOHN F. RENZULLI__

was received by me on *(date)* __3-13-15__ .

☒ I personally served the summons on the individual at *(place)* __/ COMPLAINT + COVER SHEET, 81 MAIN ST. WHITE PLAINS, NY 10601__ on *(date)* __3-16-15__ ; or __1:17 PM__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/17/15__

_____
Server's signature

__TAYLOR LAZARUS - P.S.__
Printed name and title

__333 MAMARONECK AVE. #205
WHITE PLAINS, NY 10605__
Server's address

Additional information regarding attempted service, etc: