# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:15-cv-00723-TWT |
| GLOCK, INC., et al, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

## [PROPOSED] ORDER

Plaintiff Jeffery L. Pombert and defendants Glock, Inc., Consultinvest, Inc., Robert T. Core, James M. Deichert, and John F. Renzulli having STIPULATED AND AGREED, and for good cause shown, the Court hereby GRANTS the Stipulated Motion to Extend the Defendants' Time to Answer or Move in Response to the Complaint and to Defer Rule 26 Initial Disclosures and Joint Preliminary Planning Report and orders as follows:

1. Defendants shall have until May 21, 2015 to answer, move or otherwise respond to the Complaint.

2. The Court also defers the parties' obligation to make initial disclosures, conduct the Rule 26(f) conference and prepare a Joint Preliminary Planning Report until after the Court rules upon the defendants' motion to dismiss. Following the Court's ruling on the defendants' motion to dismiss, the parties shall

1314398.1

have 14 days from the date of that Order to confer upon and submit a schedule for completing their initial disclosures and their Joint Preliminary Planning Report.

3. Nothing in this Order modifies or suspends any other deadline under the Federal Rules of Civil Procedure or the Local Rules of this Court.

4. No party has waived their right to seek from each other or the Court additional adjournments or extensions of the above deadlines; and the entry into this agreement and submission of this stipulation shall not waive, and those parties expressly preserve, all rights, claims, and defenses, including, without limitation, any and all defenses relating to service, jurisdiction, venue, and arbitrability.

THEREFORE, for good cause show, the Stipulated Motion for a Coordinated Briefing Schedule and to Defer Rule 26 Initial Disclosures and Joint Preliminary Planning Report is GRANTED.

SO ORDERED, this ____ day of _____, 2015.

_____
Thomas W. Thrash
United States District Court Judge

1314398.1