UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEFFREY L. POMBERT,

Plaintiff,

v.

GLOCK, INC.,
CONSULTINVEST, INC.,
ROBERT T. CORE,
JAMES M. DEICHERT, and
JOHN F. RENZULLI,

Defendants.

NO. 1:15-cv-00723-TWT

## WAIVER OF THE SERVICE OF SUMMONS

To:   Robert T. Core, Esq
      c/o Christopher E. Parker, Esq.
      Miller & Martin PLLC
      1180 West Peachtree Street, NW
      Suite 2100
      Atlanta, Georgia 30309

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion by **May 21, 2015**. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: March 31, 2015

*/s/Christopher E. Parker*
Christopher E. Parker, Esq.
Georgia Bar No. 562152
cparker@millermartin.com
Michael P. Kohler
Georgia Bar No. 427727
mkohler@millermartin.com

Miller & Martin PLLC
1180 West Peachtree Street, NW
Suite 2100
Atlanta, Georgia 30309
Tel. (404) 962-6456
Fax (404) 962-6356
*Counsel for Defendant Robert T. Core*