# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT,        ) | |
|       ) | |
|      Plaintiff,     ) | |
|       ) | |
|    v.       ) | Civil Action No. |
|       ) | 1:15-cv-723-TWT |
| GLOCK, INC., et al,      ) | |
|       ) | **JURY TRIAL DEMANDED** |
|      Defendants.      ) | |

## ENTRY OF APPEARANCE

John E. Floyd of the law firm Bondurant, Mixson & Elmore, LLP – located at 1201 West Peachtree Street Northwest, Suite 3900, Atlanta, Georgia 30309 and with the phone number 404-881-4100 – gives notice of his appearance as additional counsel of record on behalf of Defendants Glock, Inc., Consultinvest, Inc., and John F. Renzulli.

Defendants submit this entry of appearance on this 16th day of April, 2015.

Respectfully submitted,
*/s/ John E. Floyd*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Ronan P. Doherty
Georgia Bar No. 224885

1318444.1

1

doherty@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda S. Bersinger
Georgia Bar  No. 502720
bersinger@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Tower
1201 W. Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel. (404) 881-4100
Fax (404) 881-4111

*Counsel for Defendants Glock, Inc.,*
*Consultinvest, Inc., and John F. Renzulli*

1318444.1

## CERTIFICATE OF SERVICE

I, hereby certify that on April 16, 2015, I electronically filed the foregoing

NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the

CM/ECF system, which will automatically send email notification of such filing to

the following attorneys of record:

John F. Salter, Esq.
john@barneslawgroup.com

Roy E. Barnes, Esq.
roy@barneslawgroup.com

Chris Evan Parker, Esq.
cparker@millermartin.com

Michael Paul Kohler, Esq.
mkohler@millermartin.com

I have also served the foregoing pleading by first class mail on the following
counsel:

Christine Mast, Esq.
Hawkins & Parnell Thackston & Young LLP
303 Peachtree Street, NE, Ste. 4000
Atlanta, Georgia 30308-3243

/s/ John E. Floyd
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel.  (404) 881-4100
Fax  (404) 881-4111

1318444.1

3