## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JEFFREY L. POMBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:15-cv-00723-TWT |
| GLOCK, INC., et al., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT FOR
## DEFENDANTS GLOCK, INC. AND CONSULTINVEST, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, defendants Glock, Inc.

and Consultinvest, Inc. file their Certificate of Interested Persons and Disclosure

Statement, and show the Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that

the following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the

stock of a party:

Plaintiff:                              Jeffrey Pombert

1324475.1

Defendants:                    Consultinvest, Inc.
                               Glock, Inc.
                               John Renzulli
                               Robert Core
                               James Deichert

Parent Corporations:           CON Holding, Ges.m.b.H.
                               Glock Ges.m.b.H.
                               INC Holding Ges.m.b.H.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

No additional persons not identified above.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*For Plaintiff Jeffrey Pombert:*

John F. Salter
Roy E. Barnes
Walter Matthew Wilson
31 Atlanta Street
Marietta, Georgia  30060
Tel. (770) 419-8505
Fax (770) 590-8958

1324475.1

*For Defendants Glock, Inc., Consultinvest, Inc. and John F. Renzulli*

      John E. Floyd
      Ronan P. Doherty
      Tiana S. Mykellvedt
      Amanda Seals Bersinger
      Bondurant, Mixson & Elmore, LLP
      3900 One Atlantic Center
      1201 West Peachtree Street
      Atlanta, Georgia 30309
      Tel. (404) 881-4100
      Fax (404) 881-4111

*For Defendant Robert T. Core*

      Christopher E. Parker
      Michael P. Kohler
      Tate M. Keenan
      Miller & Martin, PLLC
      1180 West Peachtree Street, NW
      Atlanta, GA 30309
      Tel. (404) 962-6100
      Fax: (404) 962-6300

*For Defendant James M. Deichert*

      Christine L. Mast
      Hawkins, Parnell, Thackston & Young, LLP
      303 Peachtree Street, NE
      Suite 4000
      Atlanta, GA 30308
      Tel. (404) 614-7400
      Fax (404)614-7500

1324475.1

Respectfully submitted, this 24th day of July, 2015.

/s/ Ronan P. Doherty
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Ronan P. Doherty
Georgia Bar No. 224885
doherty@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Seals Bersinger
Georgia Bar No. 502720
bersinger@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel.   (404) 881-4100
Fax    (404) 881-4111

*Counsel for Defendants Glock, Inc.,*
*Consultinvest, Inc., and John F. Renzulli*

1324475.1

# CERTIFICATE OF SERVICE

I, hereby certify that on July 24, 2015, I electronically filed the foregoing

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT FOR DEFENDANTS GLOCK, INC. AND**

**CONSULTINVEST, INC.** with the Clerk of Court using the CM/ECF system,

which will automatically send e-mail notification of such filing to the following

attorneys of record:

John F. Salter, Esq.
john@barneslawgroup.com

Roy E. Barnes, Esq.
roy@barneslawgroup.com

Chris Evan Parker, Esq.
cparker@millermartin.com

Michael Paul Kohler, Esq.
mkohler@millermartin.com

Christine Mast, Esq.
cmast@hptylaw.com

/s/ Ronan P. Doherty
Georgia Bar No. 224885
doherty@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel.  (404) 881-4100
Fax  (404) 881-4111

1324475.1