IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JEFFREY L. POMBERT,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION FILE<br>NO. 1:15-CV-00723-TWT |
| GLOCK, INC., et al.,<br>    Defendants. | )<br>)<br>) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT
FOR DEFENDANT JAMES M. DEICHERT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, Defendant James M. Deichert files his Certificate of Interested Persons and Corporate Disclosure Statement, and shows the Court as follows:

1. The undersigned counsel of record for the parties to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

        Plaintiff:        Jeffrey Pombert

        Defendant:        James M. Deichert
                          Consultinvest, Inc.
                          Glock, Inc.
                          John Renzulli
                          Robert Core

- 2 -

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    None.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys in this proceeding:

Counsel for Plaintiff:

    John F. Salter, Esq.
    Roy E. Barnes, Esq.
    W. Matthew Wilson, Esq.
    The Barnes Law Group, LLC
    31 Atlanta Street
    Marietta, GA  30060
    Phone:  770-419-8505
    Fax:  770-590-8958

Counsel for Defendant James M. Deichert:

    Christine L. Mast, Esq.
    Kimberly E. Coleman, Esq.
    Hawkins Parnell Thackston & Young LLP
    303 Peachtree Street, Suite 4000
    Atlanta, GA  30308-3243
    Phone:  404-614-7400
    Fax:  404-614-7500

<u>Counsel for Defendants Glock, Inc.; Consultinvest, Inc.; and John F. Renzulli</u>:

    John E. Floyd, Esq.
    Ronan P. Doherty, Esq.
    Tiana S. Mykkeltvedt, Esq.
    Amanda S. Bersinger, Esq.
    Bondurant, Mixson & Elmore, LLP
    3900 One Atlantic Tower
    1201 W. Peachtree Street, NW
    Atlanta, GA  30309
    Phone:  404-881-4100
    Fax:  404-881-4111

<u>Counsel for Defendant Robert T. Core</u>:

    Chris Evan Parker, Esq.
    Michael Paul Kohler, Esq.
    Miller & Martin PLLC
    1180 West Peachtree Street, NW, Suite 2100
    Atlanta, GA  30309
    Phone:  404-962-6456
    Fax:  404-962-6356

Submitted this 27th day of July, 2015.

                                      **HAWKINS PARNELL THACKSTON & YOUNG LLP**

                                      */s/ Christine L. Mast*

| | |
|---|---|
| 303 Peachtree Street, Suite 4000 | Christine L. Mast |
| Atlanta, GA  30308-3243 | Georgia Bar No. 461349 |
| (404) 614-7400 *(phone)* | Kimberly E. Coleman |
| (404) 614-7500 *(fax)* | Georgia Bar No. 585929 |
| cmast@hptylaw.com | *Counsel for Defendant James M. Deichert* |
| kcoleman@hptylaw.com | |

11255270v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT,      )<br>    Plaintiff,      )<br>     )<br>v.      )<br>     )<br>GLOCK, INC.; et al.,      )<br>    Defendants.      )<br>_____)  | CIVIL ACTION FILE<br>NO. 1:15-CV-00723-TWT |

### CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement for Defendant James M. Deichert** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail documentation of such filing to the following attorneys of record for the parties:

John F. Salter, Esq.
Roy E. Barnes, Esq.
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA  30060
john@barneslawgroup.com
roy@barneslawgroup.com
*Counsel for Plaintiff*

John E. Floyd, Esq.
Ronan P. Doherty, Esq.
Tiana S. Mykkeltvedt, Esq.
Amanda S. Bersinger, Esq.
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Tower
1201 W. Peachtree Street, NW
Atlanta, GA  30309
Floyd@bmelaw.com
Doherty@bmelaw.com
mykkeltvedt@bmelaw.com
bersinger@bmelaw.com
*Counsel for Defendants Glock, Inc.; Consultinvest, Inc.; and John F. Renzulli*

11255270v.1

Chris Evan Parker, Esq.
Michael Paul Kohler, Esq.
Miller & Martin PLLC
1180 West Peachtree Street, NW
Suite 2100
Atlanta, GA  30309
cparker@millermartin.com
mkohler@millermartin.com
*Counsel for Defendant Robert T.*

I also certify that, pursuant to LR 5.1C, ND Ga., the above document was prepared in Times New Roman 14 point font.

This 27th day of July, 2015.

|  |  |
|---|---|
|  | **HAWKINS PARNELL THACKSTON & YOUNG LLP** |
|  | */s/ Christine L. Mast* |
|  | _____ |
| 303 Peachtree Street | Christine L. Mast |
| Suite 4000 | Georgia Bar No. 461349 |
| Atlanta, GA  30308-3243 | Kimberly E. Coleman |
| (404) 614-7400 *(phone)* | Georgia Bar No. 585929 |
| (404) 614-7500 *(fax)* | *Counsel for Defendant James M. Deichert* |
| cmast@hptylaw.com |  |
| kcoleman@hptylaw.com |  |