# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| JEFFREY L. POMBERT, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | CIVIL ACTION FILE NO.: |
| | ] | 1:15-cv-00723-TWT |
| GLOCK, INC., | ] | |
| CONSULTINVEST, INC., | ] | |
| ROBERT T. CORE, | ] | |
| JAMES M. DEICHERT, and | ] | |
| JOHN F. RENZULLI, | ] | |
| | ] | |
| Defendants. | ] | |

## DEFENDANT ROBERT T. CORE'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and LR 3.3, NDGa., Defendant Robert T. Core hereby submits his Certificate of Interested Persons & Corporate Disclosure Statement, showing the Court as follows:

**1.    Core certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    a.    Plaintiff Jeffrey L. Pombert, *an individual*

    b.    Defendant Robert T. Core, *an individual*

  c. Defendant James M. Deichert, *an individual*

  d. Defendant John F. Renzulli, *an individual*

  e. Defendant Glock, Inc., *a corporation*

Core does not know whether Defendant Glock has a parent company or whether a publicly held company owns 10% or more of its stock.

  f. Defendant Consultinvest, Inc., *a corporation*

Core does not know whether Defendant Consultinvest has a parent company or whether a publicly held company owns 10% or more of its stock.

**2.** **Core further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations that *may* have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

  Unknown at this time.

**3.** **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

**For Plaintiff Jeffrey L. Pombert:**

> **Barnes Law Group, LLC**
> Roy E. Barnes
> John Frank Salter, Jr.
> W. Matthew Wilson

**For Defendant Robert T. Core:**

> **Miller & Martin PLLC**
> Christopher E. Parker
> Michael P. Kohler

**For Defendants Glock, Inc., Consultinvest, Inc. and John Renzulli:**

> **Bondurant Mixson & Elmore, LLP**
> John Earl Floyd
> Ronan P. Doherty
> Tiana Scogin Mykkeltvedt
> Amanda Kay Seals Bersinger

**For Defendant James Deichert**

> **Hawkins Parnell Thackston & Young, LLP**
> Christine L. Mast

This 29th day of July, 2015.

**MILLER & MARTIN PLLC**

By: /s/Michael P. Kohler
    Christopher E. Parker
    Georgia Bar No. 562152
    Michael P. Kohler
    Georgia Bar No. 427727

1180 West Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia 30309-3407
Tel. No.: (404) 962-6100
Fax No.: (404) 962-6300
Email: cparker@millermartin.com
       mkohler@millermartin.com

*Attorneys for Defendant Robert T. Core*

## CERTIFICATE OF SERVICE

I hereby certify that on the below date I electronically filed the foregoing **DEFENDANT ROBERT T. CORE'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**For the Plaintiff:**
Roy E. Barnes:  Roy@barneslawgroup.com
John Frank Salter, Jr:  john@barneslawgroup.com

**For Defendants Glock, Inc., Consultinvest, Inc. and John Renzulli:**
John Earl Floyd:  floyd@bmelaw.com
Ronan P. Doherty:  doherty@bmelaw.com
Tiana Scogin Mykkeltvedt:  mykkeltvedt@bmelaw.com
Amanda Kay Seals Bersinger:  bersinger@bmelaw.com

**For Defendant James Deichert**
Christine L. Mast:  cmast@hptylaw.com

This 29th day of July, 2015.

        **MILLER & MARTIN PLLC**

        By:  /s/Michael P. Kohler
            Michael P. Kohler
            Georgia Bar No. 427727

        1180 West Peachtree Street, N.W., Suite 2100
        Atlanta, Georgia 30309-3407
        Tel. No.: (404) 962-6100
        Fax No.: (404) 962-6300
        Email:  mkohler@millermartin.com
        ***Attorneys for Defendant Robert T. Core***