IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT,<br><br>  Plaintiff,<br><br>v.<br><br>GLOCK, INC.,<br>CONSULTINVEST, INC.,<br>ROBERT T. CORE,<br>JAMES M. DEICHERT, and<br>JOHN F. RENZULLI,<br><br>  Defendants. | Civil Action No.<br>1:15-cv-00723-TWT<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

JOHN F. SALTER
ROY E. BARNES
W. MATTHEW WILSON

**BARNES LAW GROUP, LLC**
31 Atlanta Street, S.E.
Marietta, Georgia 30060
BARNESLAW 770-227-6375
BARNESFAX  770-227-6373

*Attorneys for Plaintiff Jeffrey L. Pombert*

In accordance with Fed. R. Civ. P. 7.1 and N.D. Ga. R. 3.3, Plaintiff Jeffrey L. Pombert hereby submits his Certificate of Interested Persons & Corporate Disclosure Statement, showing the Court as follows:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff Jeffrey L. Pombert, an individual

    b. Defendant Robert T. Core, an individual

    c. Defendant James M. Deichert, an individual

    d. Defendant John F. Renzulli, an individual

    e. Defendant Glock, Inc., a corporation

    f. Defendant Consultinvest, Inc., a corporation

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    No additional persons not identified above.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

*For Plaintiff Jeffrey Pombert:*
John F. Salter
Roy E. Barnes
W. Matthew Wilson
Barnes Law Group, LLC
31 Atlanta Street
Marietta, Georgia 30060
Tel. (770) 419-8505
Fax (770) 590-8958

*For Defendants Glock, Inc., Consultinvest, Inc. and John F. Renzulli:*
John E. Floyd
Ronan P. Doherty
Tiana S. Mykellvedt
Amanda Seals Bersinger
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Tel. (404) 881-4100
Fax (404) 881-4111

*For Defendant Robert T. Core:*
Christopher E. Parker
Michael P. Kohler
Miller & Martin, PLLC
1180 West Peachtree Street, NW
Atlanta, GA 30309
Tel. (404) 962-6100
Fax: (404) 962-6300

*For Defendant James M. Deichert:*
Christine L. Mast
Hawkins, Parnell, Thackston & Young, LLP
303 Peachtree Street, NE
Suite 4000
Atlanta, GA 30308
Tel. (404) 614-7400
Fax (404)614-7500

Respectfully submitted, this 6th day of August, 2015.

        **BARNES LAW GROUP, LLC**

        */s/John F. Salter*
        **JOHN F. SALTER**
        Ga. Bar No. 623325
        **ROY E. BARNES**
        Ga. Bar No. 039000
        **W. MATTHEW WILSON**
        Ga. Bar No. 392385

        *Attorneys for Plaintiff*

**BARNES LAW GROUP, LLC**
31 Atlanta Street, S.E.
Marietta, Georgia 30060
BARNESLAW 770-227-6375
BARNESFAX  770-227-6373
john@barneslawgroup.com
roy@barneslawgroup.com
mwilson@barneslawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Ronan P. Doherty, Esq.
doherty@bmelaw.com
Amanda Kay Seals Bersinger, Esq.
bersinger@bmelaw.com
John Earl Floyd, Esq.
floyd@bmelaw.com
Tiana Scogin Mykkeltvedt, Esq.
mykkeltvedt@bmelaw.com
*Counsel for Defendants Glock, Inc., Consultinvest, Inc., and John F. Renzulli*


Christopher E. Parker, Esq.
cparker@millermartin.com
Michael P. Kohler, Esq.
mkohler@millermartin.com
*Counsel for Defendant Robert T. Core*


Christine L. Mast, Esq.
cmast@hptylaw.com
*Counsel for Defendant James M. Deichert*

This 6th day of August, 2015.

**BARNES LAW GROUP, LLC**

*/s/John F. Salter*
**JOHN F. SALTER**
Ga. Bar No. 623325

*Attorney for Plaintiff*

**BARNES LAW GROUP, LLC**
31 Atlanta Street, S.E.
Marietta, Georgia 30060
BARNESLAW 770-227-6375
BARNESFAX  770-227-6373
john@barneslawgroup.com