

*Making It Right*

ROY E. BARNES
CHARLES B. TANKSLEY
JOHN R. BEVIS
JOHN F. SALTER
ALLISON BARNES SALTER
J. CAMERON TRIBBLE
W. MATTHEW WILSON

September 29, 2015

**VIA ECF/CM**
Sheila Sewell, Deputy Clerk
Honorable Thomas W. Thrash, Jr.
United States District Court Northern District of Georgia
75 Spring Street SW
Atlanta, GA  30303

      Re:    **<u>Jeffrey L. Pombert v. Glock, Inc., et al.</u>**
              **USDC, Northern District of Georgia, Atlanta Division**
              **No:  1:15-cv-00723-TWT**

Dear Ms. Sewell:

I, John F. Salter, respectfully request this Court grant a leave of absence pursuant to the Northern District of Georgia Local Rule 83.1(E)(3) for the period of time as follows:

**Wednesday November 25, 2015-Friday, November 27, 2015;**
**Thursday, December 17, 2015-Friday, December 18, 2015;**
**Wednesday, December 23, 2015-Friday, January 1, 2016;**
**Monday, April 4, 2016-Friday, April 8, 2016; and**
**Friday, June 3, 2016-Monday, June 13, 2016.**

The purpose of this leave is that the applicant will be out of the town for the Thanksgiving holiday, family vacations, and the Christmas holiday for these periods of time. I kindly request that the above referenced matter not be calendared during the period of time of my absence.

                  Respectfully,
                  */s/John F. Salter*
                  *Attorney for the Plaintiff*

JFS/lb
cc:   all counsel of record (via ECF)