**HAWKINS PARNELL**
**THACKSTON & YOUNG LLP**

303 PEACHTREE STREET NE
SUITE 4000
ATLANTA, GA 30308-3243
P 404.614.7400
F 404.614.7500
HPTYLAW.COM

ATTORNEYS AT LAW   Atlanta   Austin   Charleston   Dallas   Los Angeles   Napa   New York   St. Louis   San Francisco

Writer's Direct: 404.614.7542
Writer's Email: cmast@hptylaw.com

February 15, 2016

Courtroom Deputy Clerk
For the Honorable Thomas W. Thrash, Jr.
U.S. District Court, Northern District
Richard B. Russell Federal Building
75 Ted Turner Drive, SW, Suite 2188
Atlanta, Georgia 30303-3309

RE: *Jeffrey L. Pombert v. Glock, Inc.; Consultinvest, Inc.; Robert T. Core; James M. Deichert; and John F. Renzulli;* U.S. District Court, Northern District of GA, Atlanta Division; Civil Action No. 1:15-cv-00723-TWT

Dear Madam or Sir:

Pursuant to Local Rule 83.1E(3), the undersigned hereby requests that the above-referenced case not be calendared during the following dates during which I will be absent from the practice of law attending professional conferences and family vacations: **March 24, 2016; April 27-29, 2016;** and **June 27-July 1, 2016**.

I understand that the Leave of Absence does not extend previously set filing deadlines. I appreciate the Court's consideration in this matter.

Very truly yours,

**HAWKINS PARNELL**
**THACKSTON & YOUNG LLP**

Christine L. Mast

CLM/slt
cc: Counsel of Record

11325311v.1