EXHIBIT

1

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JEFFREY L. POMBERT,          )
                                       )
      Plaintiff,            )
                                       )
     v.                    )      Civil Action No.
                                     )      1:15-cv-00723-TWT
GLOCK, INC., et al.,        )
                                     )      **JURY TRIAL DEMANDED**
      Defendants.      )

## [PROPOSED] ORDER

Plaintiff Jeffrey L. Pombert and defendants Glock, Inc., Consultinvest, Inc., and Robert T. Core having STIPULATED AND AGREED, and for good cause shown, the Court hereby GRANTS the Stipulated Motion to Extend Defendants' Time to Answer and to Establish Deadlines for the Parties' Rule 26 Obligations and orders as follows.

1.    Defendants shall have until April 29, 2016 to answer.

2.    The parties shall make initial disclosures no later than May 13, 2016.

3.    The parties shall further confer and submit their Joint Preliminary Planning Report no later than May 13, 2016.

4.    Discovery shall open May 30, 2016.

5.     Nothing in this Order modifies or suspends any other deadline under the Federal Rules of Civil Procedure or the Local Rules of this Court.

6.     No party has waived their right to seek from each other or the Court additional adjournments or extensions of the above deadlines; and the entry into this agreement shall not waive, and the parties expressly preserve, all rights, claims, and defenses.

THEREFORE, for good cause shown, the Stipulated Motion to Extend Defendants' Time to Answer and to Establish Deadlines for the Parties' Rule 26 Obligations is GRANTED.

SO ORDERED, this ___ day of _____, 2016.

_____
Thomas W. Thrash
Chief United States District Court Judge

1420696.1

2