## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:15-cv-00723-TWT |
| GLOCK, INC., et al., ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

### NOTICE OF SERVICE

Pursuant to Rules 5(d)(1) and 26(a)(4) of the Federal Rules of Civil

Procedure and Rule 5.4(A) of the Local Rules of the United States District Court

for the Northern District of Georgia, Defendants Glock, Inc. and Consultinvest,

Inc. give notice that on this day, they served true and correct copies of their

Federal Rule of Civil Procedure 26(a)(1) disclosures in accordance with the

certificate of service attached thereto.

Respectfully submitted, this 13th day of May, 2016.

*/s/ Ronan P. Doherty*
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Ronan P. Doherty
Georgia Bar No. 224885
doherty@bmelaw.com
Tiana S. Mykkeltvedt

1437427.1

Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Seals Bersinger
Georgia Bar No. 502720
bersinger@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel.   (404) 881-4100
Fax    (404) 881-4111

*Counsel for Defendants Glock, Inc. and
Consultinvest, Inc*

.

1437427.1

## CERTIFICATE OF SERVICE

I, hereby certify that on May 13, 2016, I electronically filed the foregoing

**NOTICE OF SERVICE** via the CM/ECF electronic filing system, which will

automatically send e-mail notification of such filing to all counsel of record.


*/s/Ronan P. Doherty*

1437427.1