## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JEFFREY L. POMBERT, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | CIVIL ACTION FILE NO.: |
| | ] | 1:15-cv-00723-TWT |
| GLOCK, INC., *et al.*, | ] | |
| | ] | |
| Defendants. | ] | |

## <u>CERTIFICATE OF SERVICE OF DISCOVERY</u>

Defendant Robert T. Core certifies that on May 13, 2016, through its counsel, served copies of its Rule 26.1 Initial Disclosures upon all counsel of record via email to:

**Counsel For the Plaintiff:**
Roy E. Barnes: Roy@barneslawgroup.com
John Frank Salter, Jr: john@barneslawgroup.com

**Counsel For Defendants Glock, Inc. and Consultinvest, Inc.**
John Earl Floyd: floyd@bmelaw.com
Ronan P. Doherty: doherty@bmelaw.com
Tiana Scogin Mykkeltvedt: mykkeltvedt@bmelaw.com
Amanda Kay Seals Bersinger: bersinger@bmelaw.com

This 13th day of May, 2016.

**MILLER & MARTIN PLLC**

By:  /s/ Michael P. Kohler
     Christopher E. Parker
     Georgia Bar No. 562152
     Michael P. Kohler
     Georgia Bar No. 427727

1180 W. Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia 30309-3407
Tel No.: (404) 962-6100
Fax No.: (404) 962-6300
Email: chris.parker@millermartin.com
       michael.kohler@millermartin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2016 a copy of the foregoing was filed electronically.   Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.   All other parties will be served by regular U.S. Mail and/or facsimile.   Parties may access this filing through the Court's electronic filing system.

/s/ Michael P. Kohler