# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JEFFREY L. POMBERT,

Plaintiff,

v.

GLOCK, INC.,
CONSULTINVEST, INC.,
ROBERT T. CORE,
JAMES M. DEICHERT, and
JOHN F. RENZULLI,

Defendants.

CIVIL ACTION FILE

NO. 1:15-cv-00723-TWT

## CERTIFICATE OF SERVICE OF DISCOVERY

Plaintiff, Jeffrey L. Pombert certifies that on this day through his counsel, served copies of his Rule 26.1 Initial Disclosures upon all counsel of record via email to:

*Counsel for Defendants Glock, Inc., Consultinvest, Inc., and John F. Renzulli*
John Earl Floyd: floyd@bmelaw.com
Ronan P. Doherty: doherty@bmelaw.com
Tiana Scogin Mykkeltvedt: mykkeltvedt@bmelaw.com
Amanda Kay Seals Bersinger: bersinger@bmelaw.com

*Counsel for Defendant Robert T. Core*
Christopher E. Parker: cparker@millermartin.com
Michael P. Kohler: mkohler@millermartin.com

Respectfully submitted, this 13th day of May, 2016.

                    **BARNES LAW GROUP, LLC**

                    */s/John F. Salter*
                    **JOHN F. SALTER**
                    Ga. Bar No. 623325
                    **ROY E. BARNES**
                    Ga. Bar No. 039000
                    **W. MATTHEW WILSON**
                    Ga. Bar No. 392385
                    *Attorneys for Plaintiff*

**BARNES LAW GROUP, LLC**
31 Atlanta Street, S.E.
Marietta, Georgia 30060
BARNESLAW 770-227-6375
BARNESFAX  770-227-6373
john@barneslawgroup.com
roy@barneslawgroup.com
mwilson@barneslawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Ronan P. Doherty, Esq.
doherty@bmelaw.com
Amanda Kay Seals Bersinger, Esq.
bersinger@bmelaw.com
John Earl Floyd, Esq.
floyd@bmelaw.com
Tiana Scogin Mykkeltvedt, Esq.
mykkeltvedt@bmelaw.com
*Counsel for Defendants Glock, Inc., Consultinvest, Inc., and John F. Renzulli*

Christopher E. Parker, Esq.
cparker@millermartin.com
Michael P. Kohler, Esq.
mkohler@millermartin.com
*Counsel for Defendant Robert T. Core*

This 13th day of May, 2016.

**BARNES LAW GROUP, LLC**

*/s/John F. Salter*
**JOHN F. SALTER**
Ga. Bar No. 623325
*Attorney for Plaintiff*