

MICHAEL P. KOHLER
Direct Dial 404-962-6403
Direct Fax 404-962-6303
michael.kohler@millermartin.com

May 16, 2016

**Via Email (Sheila_Sewell@gand.uscourts.gov)**
**& CM/ECF**

Sheila Sewell, Deputy Clerk
Honorable Thomas W. Thrash, Jr.
U.S. District Court, Northern District
Richard B. Russell Federal Building
75 Ted Turner Drive, SW, Suite 2188
Atlanta, Georgia 30303-3309

   Re:  Jeffrey L. Pombert v. Glock, Inc., *et al.*
      U.S. District Court, Northern District of Georgia, Atlanta Division
      Civil Action No. 1:15-cv-00723-TWT

Dear Ms. Sewell:

  We represent Defendant Robert T. Core in this case. I plan to be away from the practice of law on the following dates:

- June 20-24, 2016 (out-of-state vacation)
- July 1-5, 2016 (out-of-state family reunion); and
- July 30, 2016 – August 5, 2016 (out-of-country vacation).

  In accordance with LR. 83.1(E)(3), NDGa., I respectfully request that this case not be calendared while I am away from the practice of law.

  Thank you for the Court's consideration.

                 Sincerely,

                 Michael P. Kohler

MPK/gl
cc:  Counsel of Record

14426301_1.doc

Regions Plaza Suite 2100
1180 West Peachtree Street, N.W. | Atlanta, GA | 30309-3407
Office 404.962.6100 Fax 404.962.6300
millermartin.com

ATLANTA
CHATTANOOGA
NASHVILLE