## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| JEFFREY L. POMBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 1:15-cv-00723-TWT |
| GLOCK, INC., *et al,* | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE OF DISCOVERY</u>

Pursuant to Federal Rules of Civil Procedure 33, 34 and 36 and Local Rule 5.4(A), Defendants Glock, Inc. and Consultinvest, Inc. ("Defendants") hereby certify that they have, on June 23, 2016, served the following discovery requests upon counsel of record in accordance with the certificate of service attached thereto:

1. Glock, Inc.'s First Interrogatories to Plaintiff Jeffrey L. Pombert;

2. Consultinvest, Inc.'s First Interrogatories to Plaintiff Jeffrey L. Pombert;

3. Defendants' First Requests for Production to Plaintiff Jeffrey L. Pombert; and

4. Defendants' First Requests for Admission to Plaintiff Jeffrey L. Pombert.

1449240.1

Respectfully submitted this 23rd day of June, 2016.

/s/ Amanda Seals Bersinger
John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Ronan P. Doherty
Georgia Bar No. 224885
doherty@bmelaw.com
Tiana S. Mykkeltvedt
Georgia Bar No. 533512
mykkeltvedt@bmelaw.com
Amanda Seals Bersinger
Georgia Bar No. 502720
bersinger@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel.   (404) 881-4100
Fax    (404) 881-4111

*Counsel for Defendants Glock, Inc. and Consultinvest, Inc.*

1449240.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2016, I electronically filed the foregoing

**CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using

the CM/ECF system, which will automatically send email notifications of such

filing to all counsel of record.

*/s/ Amanda Seals Bersinger*
Georgia Bar No. 502720
bersinger@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel.    (404) 881-4100
Fax    (404) 881-4111

*Counsel for Defendants Glock, Inc. and
Consultinvest, Inc.*

1449240.1