# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | CIVIL ACTION FILE NO.: |
| ] | 1:15-cv-00723-TWT |
| GLOCK, INC., *et al.* ] | |
| ] | |
| Defendants. ] | |

## DEFENDANT ROBERT T. CORE'S CERTIFICATE OF DISCOVERY

Defendant Robert T. Core hereby certifies that on the below date a genuine copy of the following were served by U.S. Mail and Email upon all counsel of record:

1. Defendant Robert T. Core's First Interrogatories to Plaintiff;

2. Defendant Robert T. Core's First Request to Produce to Plaintiff; and

3. This Certificate of Discovery.

This 28th day of June, 2016.

**MILLER & MARTIN PLLC**

By: /s/ Michael P. Kohler
    Christopher E. Parker
    Georgia Bar No. 562152
    Michael P. Kohler
    Georgia Bar No. 427727

1180 W. Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia 30309-3407
Tel No.: (404) 962-6100
Fax No.: (404) 962-6300
Email: chris.parker@millermartin.com
       michael.kohler@millermartin.com

## CERTIFICATE OF SERVICE

I hereby certify that on the below date the foregoing **DEFENDANT ROBERT T. CORE'S CERTIFICATE OF DISCOVERY** was electronically filed using the Court's CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**For the Plaintiff:**
Roy E. Barnes: Roy@barneslawgroup.com
John Frank Salter, Jr: john@barneslawgroup.com

**For Defendants Glock, Inc. and Consultinvest, Inc.**
John Earl Floyd: floyd@bmelaw.com
Ronan P. Doherty: doherty@bmelaw.com
Tiana Scogin Mykkeltvedt: mykkeltvedt@bmelaw.com
Amanda Kay Seals Bersinger: bersinger@bmelaw.com

This 28th day of June, 2016.

### MILLER & MARTIN PLLC

By: /s/ Michael P. Kohler