

**Barnes**
LAW GROUP
Making It Right

ROY E. BARNES
CHARLES B. TANKSLEY
JOHN R. BEVIS
JOHN F. SALTER
ALLISON BARNES SALTER
J. CAMERON TRIBBLE
W. MATTHEW WILSON

July 5, 2016

**VIA ECF/CM**
Sheila Sewell, Deputy Clerk
Honorable Thomas W. Thrash, Jr.
United States District Court Northern District of Georgia
75 Spring Street SW
Atlanta, GA  30303

  Re: **Jeffrey L. Pombert v. Glock, Inc., et al.**
    **USDC, Northern District of Georgia, Atlanta Division**
    **No:  1:15-cv-00723-TWT**

Dear Ms. Sewell:

 I, John F. Salter, respectfully request this Court grant a leave of absence pursuant to the Northern District of Georgia Local Rule 83.1(E)(3) for the period of time as follows:

 **Family Vacation:** Monday, September 26, 2016-Friday, September 30, 2016;
 **Thanksgiving:** Wednesday, November 23, 2016-Friday, November 25, 2016;
 **American Arbitration Final Evidentiary Hearing:** Monday, December 5, 2016-Thursday, December 8, 2016;
 **Vacation:**  Thursday, December 15, 2016-Friday, December 16, 2016; and
 **Christmas:**  Friday, December 23, 2016-Friday, December 30, 2016.

 I kindly request that the above referenced matter not be calendared during the period of time of my absence.

        Respectfully,
        */s/John F. Salter*
        *Attorney for the Plaintiff*

JFS/lb
cc: all counsel of record (via ECF)

BARNES LAW GROUP, LLC | 31 ATLANTA STREET | MARIETTA, GEORGIA 30060 | Ph. 770 / 227-6375 | Fx. 770 / 227-6373 | BARNESLAWGROUP.COM