# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | CIVIL ACTION FILE NO.: |
| ] | 1:15-cv-00723-TWT |
| GLOCK, INC., *et al*. ] | |
| ] | |
| Defendants. ] | |

## JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS
_____

**COMES NOW,** the parties hereto and hereby agree and stipulate the following:

Plaintiff is currently scheduled to respond to Defendant Glock Inc. and Consultinvest's requests by Friday, July 22, 2016. Responses to Defendant Robert T. Core's requests are due on July 28, 2016. The parties have conferred and agree that Plaintiff shall have through and including August 8, 2016 to submit the following:

1. Plaintiff Jeffrey L. Pombert's Responses To Defendant Robert T. Core's First Interrogatories;

2. Plaintiff Jeffrey L. Pombert's Responses To Defendant Robert T. Core's First Request To Produce;

3. Plaintiff Jeffrey L. Pombert's Responses To Defendant Glock Inc.'s First Interrogatories;

4. Plaintiff Jeffrey L. Pombert's Responses To Defendant Consultinvest, Inc.'s First Interrogatories;

5. Plaintiff Jeffrey L. Pombert's Responses To Defendant Consultinvest, Inc.'s And Glock, Inc.'s First Request For Production; and

6. Plaintiff Jeffrey L. Pombert's Responses To Defendant Consultinvest, Inc.'s And Glock, Inc.'s First Request For Admission.

Respectfully submitted, this 21st day of July, 2016.

| | |
|---|---|
| */s/John F. Salter* | **Barnes Law Group, LLC** |
| **JOHN F. SALTER** | 31 Atlanta Street, S.E. |
| Ga. Bar No. 623325 | Marietta, Georgia 30060 |
| **ROY E. BARNES** | BARNESLAW 770-227-6375 |
| Ga. Bar No. 039000 | BARNESFAX  770-227-6373 |
| **W. MATTHEW WILSON** | john@barneslawgroup.com |
| Ga. Bar No. 392385 | roy@barneslawgroup.com |
| | mwilson@barneslawgroup.com |

*Attorneys for Plaintiff*

| | |
|---|---|
| */s/Ronan P. Doherty* | **Bondurant Mixson & Elmore, LLP** |
| **RONAN P. DOHERTY** | 1201 West Peachtree Street, N.W. |
| Ga. Bar No.  224885 | 3900 One Atlantic Center |
| **AMANDA KAY SEALS** | Atlanta, GA 30309-3417 |
| **BERSINGER** | 404-881-4147 |
| Ga. Bar No. 502720 | doherty@bmelaw.com |
| **JOHN EARL FLOYD** | bersinger@bmelaw.com |
| Ga. Bar No. 266413 | floyd@bmelaw.com |
| **TIANA S. MYKKELTVEDT** | mykkeltvedt@bmelaw.com |
| Ga. Bar No. 533512 | |

*Counsel for Defendants Glock, Inc., Consultinvest, Inc., and John F. Renzulli*

| | |
|---|---|
| <u>/s/ Michael P. Kohler</u> | **MILLER & MARTIN PLLC** |
| **CHRISTOPHER E. PARKER** | 1180 W. Peachtree Street, N.W. |
| Georgia Bar No. 562152 | Suite 2100 |
| **MICHAEL P. KOHLER** | Atlanta, Georgia 30309-3407 |
| Georgia Bar No. 427727 | Tel No.: (404) 962-6100 |
| | chris.parker@millermartin.com |
| | michael.kohler@millermartin.com |

*Counsel for Defendant Robert T. Core*

# CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing **JOINT STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' DISCOVERY REQUESTS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

**Ronan P. Doherty, Esq.**
doherty@bmelaw.com
**Amanda Kay Seals Bersinger, Esq.**
bersinger@bmelaw.com
**John Earl Floyd, Esq.**
floyd@bmelaw.com
**Tiana Scogin Mykkeltvedt, Esq.**
mykkeltvedt@bmelaw.com
*Counsel for Defendants Glock, Inc. and Consultinvest, Inc.*

**Christopher E. Parker, Esq.**
cparker@millermartin.com
**Michael P. Kohler, Esq.**
mkohler@millermartin.com
*Counsel for Defendant Robert T. Core*

This 21st day of July, 2016.

                      **BARNES LAW GROUP, LLC**

                      */s/John F. Salter*
                      **JOHN F. SALTER**
                      Ga. Bar No. 623325
                      *Counsel for Plaintiff*