# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT,<br><br>    Plaintiff,<br><br>v.<br><br>GLOCK, INC., CONSULTINVEST, INC., ROBERT T. CORE, JAMES M. DEICHERT, and JOHN F. RENZULLI,<br><br>    Defendants. | Civil Action No.<br>1:15-cv-00723-TWT |

## PLAINTIFF'S MOTION FOR LEAVE FOR VOLUNTARY DISMISSAL

COMES NOW Jeffrey L. Pombert and pursuant to Federal Rule of Civil Procedure 41(a)(2) and the applicable Local Rules hereby moves this Court for leave to voluntarily dismiss the above-captioned case against Defendants without prejudice.  Plaintiff has filed herewith a proposed order.

Respectfully submitted, this 26th day of July, 2016.

                                    **BARNES LAW GROUP, LLC**

                                    */s/John F. Salter*
                                    **ROY E. BARNES**
                                    Ga. Bar No. 039000
                                    **JOHN F. SALTER**
                                    Ga. Bar No. 623325
                                    **W. MATTHEW WILSON**
                                    Ga. Bar No. 392385

31 Atlanta Street
Marietta, Georgia 30060
BARNESLAW 770-227-6375
BARNESFAX  770-227-6373
roy@barneslawgroup.com
john@barneslawgroup.com
mwilson@barneslawgroup.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT,<br><br>    Plaintiff,<br><br>v.<br><br>GLOCK, INC., CONSULTINVEST, INC., ROBERT T. CORE, JAMES M. DEICHERT, and JOHN F. RENZULLI,<br><br>    Defendants. | Civil Action No.<br>1:15-cv-00723-TWT |

## ORDER

Having reviewed Plaintiff's Motion for Leave for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2) and finding no reason to deny a dismissal, it is hereby ORDERED AND ADJUDGED that the above-captioned case be dismissed WITHOUT PREJUDICE.

SO ORDERED this _____ day of _____, 2016.

_____
Hon. Thomas W. Thrash, Jr.
Chief Judge, U.S. District Court
Northern District of Georgia

Prepared and presented by:
**BARNES LAW GROUP, LLC**

<u>*/s/John F. Salter*</u>
**ROY E. BARNES**
Ga. Bar No. 039000
**JOHN F. SALTER**
Ga. Bar No. 623325
**W. MATTHEW WILSON**
Ga. Bar No. 392385

31 Atlanta Street
Marietta, Georgia 30060
BARNESLAW 770-227-6375
BARNESFAX  770-227-6373
roy@barneslawgroup.com
john@barneslawgroup.com
mwilson@barneslawgroup.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing **PLAINTIFF'S MOTION FOR LEAVE FOR VOLUNTARY DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Ronan P. Doherty, Esq.
doherty@bmelaw.com
Amanda Kay Seals Bersinger, Esq.
bersinger@bmelaw.com
John Earl Floyd, Esq.
floyd@bmelaw.com
Tiana Scogin Mykkeltvedt, Esq.
mykkeltvedt@bmelaw.com
*Counsel for Defendants Glock, Inc., Consultinvest, Inc., and John F. Renzulli*

Christopher E. Parker, Esq.
cparker@millermartin.com
Michael P. Kohler, Esq.
mkohler@millermartin.com
*Counsel for Defendant Robert T. Core*

Christine L. Mast, Esq.
cmast@hptylaw.com
*Counsel for Defendant James M. Deichert*

This 26th day of July, 2016.

/s/John F. Salter
**JOHN F. SALTER**
Ga. Bar No. 623325

*Attorney for Plaintiff*