IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT,<br><br>    Plaintiff,<br><br>v.<br><br>GLOCK, INC., CONSULTINVEST, INC., ROBERT T. CORE, JAMES M. DEICHERT, and JOHN F. RENZULLI,<br><br>    Defendants. | Civil Action No.<br>1:15-cv-00723-TWT |

## ORDER

Having reviewed Plaintiff's Motion for Leave for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(2) and finding no reason to deny a dismissal, it is hereby ORDERED AND ADJUDGED that the above-captioned case be dismissed WITHOUT PREJUDICE.

SO ORDERED this 27th day of July, 2016.

/s/Thomas W. Thrash
Hon. Thomas W. Thrash, Jr. Chief
Judge, U.S. District Court
Northern District of Georgia

Prepared and presented by:
**BARNES LAW GROUP, LLC**

<u>*/s/John F. Salter*</u>
**ROY E. BARNES**
Ga. Bar No. 039000
**JOHN F. SALTER**
Ga. Bar No. 623325
**W. MATTHEW WILSON**
Ga. Bar No. 392385

31 Atlanta Street
Marietta, Georgia 30060
BARNESLAW 770-227-6375
BARNESFAX  770-227-6373
roy@barneslawgroup.com
john@barneslawgroup.com
mwilson@barneslawgroup.com
*Attorneys for Plaintiff*