UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY L. POMBERT,<br><br>              Plaintiff,<br><br>vs.<br><br>GLOCK, INC., CONSULTINVEST, INC., ROBERT T. CORE, JAMES M. DEICHERT and JOHN F. RENZULLI,<br><br>              Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-723-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., Chief United States District Judge, for consideration of defendant James M. Deichert's Motion to Dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover his costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 27th day of July, 2016.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                                By:  s/Andrea Gee
                                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 27, 2016
James N. Hatten
Clerk of Court

By: s/Andrea Gee
      Deputy Clerk